**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4/4/2022_____

REGINALD JEAN-FELIX,

                              Plaintiff,

          -against-

GREAT LAKES HIGHER EDUCATION
CORPORATION, ET AL.,

                              Defendants.

21-cv-6122 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 29, 2021, this Court directed Plaintiff to serve the Endorsed Complaint on

Defendants Great Lakes Higher Education Corporation, United States Department of Education,

Default Resolution Group, Sallie Mae, and USA Funds (collectively, the "Unserved Defendants")

within 90 days of the issuance of summonses.  Service was due on these defendants on October

27, 2021.  On February 4, 2022, the Court ordered Plaintiff to show cause by February 28, 2022

why this action should not be dismiss as to the Unserved Defendants for failure to serve. Such

showing was not made.

Accordingly, this case is dismissed as to the Unserved Defendants for failure to serve

pursuant to Fed. R. Civ. P. 4(m).  The Clerk of the Court is respectfully directed to terminate

Defendants Great Lakes Higher Education Corporation, United States Department of Education,

Default Resolution Group, Sallie Mae, and USA Funds.

**SO ORDERED.**

Dated:     April 4, 2022
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**