UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REGINALD JEAN-FELIX,

                Plaintiff,

        - against -

GREAT LAKES HIGHER EDUCATION
CORPORATION et al.,

                Defendants.
------------------------------------------------------------X

21-CV-6122 (ALC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the initial pretrial conference held on May 4, 2022:

      1. Plaintiff failed to appear for the conference and did not request any adjournment of the conference. According to Defendants, Plaintiff has not been responsive or taken any action to move the case forward since it was first filed in state court in 2019.

      2. By May 18, 2022, the Defendants shall jointly file a letter motion to dismiss for Plaintiff's failure to prosecute based on Plaintiff's failure to appear and his non-responsiveness and other inaction since filing of his complaint in state court.

      3. The Court will hold the proposed pretrial schedule and order in abeyance pending submission and determination of the motion to dismiss for failure to prosecute.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Reginald Jean-Felix
312 East 93rd Street, Apt. 5C
New York, NY 10128