USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REGINALD JEAN-FELIX,

                Plaintiff,

       - against -

GREAT LAKES HIGHER EDUCATION
CORPORATION et al.,

                Defendants.
------------------------------------------------------------X

21-CV-6122 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties shall meet and confer and submit a joint proposed pretrial conference schedule and plan at least seven days before the next pretrial conference, which will be scheduled via Judge Lehrburger's Deputy.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2022
         New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Reginald Jean-Felix
312 East 93rd Street, Apt. 5C
New York, NY 10128